08cv2780
JUDGE COAR
MAG. JUDGE MASON

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED
MAY 12 2008
May 12, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: JOSEPH R. CHEEK
(Please print)

STREET ADDRESS: 5527 N. MAPLEWOOD AVENUE APT #305

CITY/STATE/ZIP: CHICAGO ILLINOIS 60625

PHONE NUMBER: 773-409-6160

CASE NUMBER: _____

Signature

Date: MONDAY MAY 12TH 2008