# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2780 | **DATE** | 6/24/2008 |
| **CASE TITLE** | Joseph R. Cheek vs. Friedman Place, et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's Application [3] for leave to proceed in forma pauperis is Granted. The following attorney is appointed to represent the plaintiff: Philip L. Comella, Seyfarth Shaw LLP; 131 S. Dearborn, Suite 2400;Chicago, IL 60603; 312 460 5501. The Clerk's Office is directed to send a copy of this order, complaint and docket to Mr. Comella. Status hearing set for September 9, 2008 at 9:00 a.m. in courtroom # 1419; 219 South Dearborn Street, Chicago, Illinois.    /s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|